# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 21, 2009

Marilyn Kelly,
Chief Justice

137411

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 137411
COA: 277240
Washtenaw CC: 06-001195-FC

PAUL RONALD COPAS,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the September 9, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 21, 2009

_____
Clerk

0114